IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MILTON ROSS,<br><br>                Plaintiff<br><br>     VS.<br><br>Dr. EDWARD BURNSIDE; ALEXIS<br>E. L. CHASE; MAPLE MCKINLEY;<br>CALVIN RAMSEY; JAMES DONALD;<br>JOHN DOE, Central Office Administrative<br>Official; JANE DOE, Central Office<br>Administrative Official,<br><br>                Defendants | NO. 5:06-CV-177 (WDO)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## RECOMMENDATION

Plaintiff **MILTON ROSS** has filed a motion (Tab #4) asking the court to grant him a temporary restraining order/preliminary injunction directed to all defendants which would enjoin "them from committing the acts and omissions and interfering with and denying plaintiff's prescribed medical . . . treatment and directing them to facilitate immediately [] the process for plaintiff to receive necessary and prescribe[d] medical surgical . . . treatment."

Injunctive relief will not issue unless the complained of conduct is imminent and no other relief or compensation is available. ***Cunningham v. Adams***, 808 F.2d 815, 821 (11th Cir. 1987). A temporary restraining order or a preliminary injunction is a drastic remedy used primarily for maintaining the status quo of the parties. ***Cate v. Oldham***, 707 F.2d 1176, 1185 (11th Cir. 1983).

After a careful review of plaintiff's motions for injunctive relief in light of the requirements set forth in ***Southern Monorail Co. v. Robbins & Myers***, 666 F.2d 185, 186 (11th Cir. 1982), it is the opinion of the undersigned that plaintiff has not met the prerequisites for the issuance of a temporary restraining order or preliminary injunction. Accordingly, IT IS RECOMMENDED that plaintiff's motion be **DENIED**.

SO RECOMMENDED, this 12th day of June, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE