IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MILTON ROSS,<br><br>                       Plaintiff<br><br>      VS.<br><br>EDWARD BURNSIDE, *et al.*,<br><br>                       Defendants | NO. 5:06-CV-177 (WDO)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## ORDER VACATING RECOMMENDATIONS

On June 6, 2006, the undersigned issued two Recommendations with respect to the above-styled case. The first (Tab #7) was a frivolity review dealing with which claims should be advanced and which claims and defendants should be dismissed. The second (Tab #8) dealt with the plaintiff's Motion for Preliminary Injunction or Temporary Restraining Order (Tab #4). On June 21, 2006, the plaintiff filed Objections to both Recommendations. Tabs #10 & #11.

With regard to the first Recommendation included in the Order and Recommendation dated June 6th (Tab #7), the plaintiff does not object to the dismissal of two fictitious parties but does object to the court's recommendation to dismiss his equal protection claim against Dr. Burnside for failure to set out his claim with specificity. Tab #10. Viewing his plaintiff's Objection as an AMENDMENT to his Complaint, the additional information now before the court states a cause of action with sufficient specificity. Accordingly, the undersigned's Recommendation to dismiss plaintiff's equal protection claim (Tab #7) is VACATED so that plaintiff's equal protection claim against Dr. Burnside shall go forward.

With regard to the second Recommendation (Tab #8), the plaintiff's Objection (Tab #11) has provided additional information indicating that he *could be* suffering irreparable injury due to the actions or omissions of the defendants. Accordingly, this Recommendation (Tab #8) is VACATED in its entirety.

The Clerk is directed to forward a copy of this Order to the Section 1983 Division of the Attorney General's Office, c/o Mr. John C. Jones, Senior Assistant Attorney General.

SO ORDERED and DIRECTED, this 23rd day of JUNE, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE