IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MILTON ROSS,

    Plaintiff

VS.

DR. EDWARD BURNSIDE, *et al.*,

    Defendants

NO. 5: 06-CV-177 (WDO)

**PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE**

## O R D E R

Plaintiff MILTON ROSS has renewed his request for an emergency hearing regarding the implanting of a spinal cord stimulator. Tab #39. Defendants have responded thereto. Tab #41. Plaintiff had earlier requested a hearing, and the court has been in touch with counsel for the defendants regarding steps being taken to deal with plaintiff's situation. See Tabs #21 and #33. Defendants advise the court of a delay in implanting a permanent stimulator but further advise that the procedure has been rescheduled for December 15, 2006. Under these circumstances, plaintiff's request for an emergency hearing set forth in motions at Tabs #21, #33, and #39 is DENIED with the understanding that the court will *sua sponte* convene such a hearing in the event of further delay.

SO ORDERED AND DIRECTED, this 5th day of DECEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE