# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

MILTON ROSS,

        Plaintiff

VS.

DR. BURNSIDE, *et al.*,

        Defendants

NO. 5: 06-CV-177 (WDO)

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

## RECOMMENDATION ON MOTION SEEKING INJUNCTIVE RELIEF

Pending before this court for quite some time is plaintiff MILTON ROSS' motion asking the court to grant him a temporary restraining order/preliminary injunction enjoining the defendants from "committing the acts and omissions and interfering with and denying plaintiff's prescribed medical . . . treatment and directing them to facilitate immediately the process for plaintiff to receive necessary and prescribe[d] medical surgical . . . treatment. Tab #4. Plaintiff seeks to have a spinal cord stimulator implanted. The undersigned initially recommended that plaintiff's request for injunctive relief be denied (Tab #8), but after plaintiff provided additional information concerning his contentions, vacated that recommendation. Tab #12.

Subsequent to the vacation of the recommendation, the court required the defendants to render a Special Report on plaintiff's condition and treatment. Tab #25. The defendants have adequately responded to all of the court's inquiries concerning plaintiff ROSS and have kept the court informed both in writing and by telephone of progress made in treating his condition.

In light of the foregoing and of the ongoing requirement imposed upon the defendants to keep the court informed of plaintiff's medical condition and treatment, the undersigned finds that plaintiff's motion seeking a temporary restraining order/preliminary injunction (Tab #4) ought to be DENIED. IT IS SO RECOMMENDED with the understanding that plaintiff is free to continue to make specific complaints to the court concerning the treatment he is or is not receiving.

SO RECOMMENDED, this 13th day of FEBRUARY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE