# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **MILTON ROSS,** | : | |
| **Plaintiff** | : | |
| v. | : | **5:06-CV-177 (WDO)** |
| **DR. BURNSIDE, et al.,** | : | |
| **Defendants** | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation to deny Plaintiff's request for injunctive relief, based on the matter being currently addressed by the defendants. Having carefully considered the Recommendation, and there no objection thereto, the Recommendation is ADOPTED and made the order of the Court.

SO ORDERED this 13th day of March, 2007.

S/
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**